IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIGUEL SANCHEZ,

       Plaintiff,                  No. CIV S-11-1025 GGH P

   vs.

SOLANO COUNTY JAIL, et al.,        <u>ORDER</u> and

       Defendants.           <u>FINDINGS & RECOMMENDATIONS</u>

       By an order filed May 2, 2011, plaintiff was ordered to file an in forma pauperis affidavit or pay the appropriate filing fee within twenty-eight days and was cautioned that failure to do so would result in a recommendation that this action be dismissed.  The twenty-eight day period has now expired, and plaintiff has not responded to the court's order and has not filed an in forma pauperis affidavit or paid the appropriate filing fee.

       Accordingly, IT IS HEREBY ORDERED that the Clerk of Court assign a district judge to this matter; and

       IT IS RECOMMENDED that this action be dismissed without prejudice.

       These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written

1

1  objections with the court and serve a copy on all parties.  Such a document should be captioned

2  "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

3  shall be served and filed within fourteen days after service of the objections.  The parties are

4  advised that failure to file objections within the specified time may waive the right to appeal the

5  District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

6  DATED: July 13, 2011

                                /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE

GGH:014
sanc1025.fifp